**FILED**

January 4, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:           CR
Deputy

| UNITED STATES OF AMERICA | § | Cause No.: |
| | § | |
| | § | **DR:23-CR-00043-AM** |
| v. | § | |
| | § | **INDICTMENT** |
| | § | |
| | § | |
| SAMUEL HAYWORTH HARTWELL- | § | [Vio: 8 U.S.C. § 1326(a) & (b)(1)/(2): |
| GONZALEZ | § | Illegal Re-entry into the United States.] |

THE GRAND JURY CHARGES:

COUNT ONE
[8 U.S.C. § 1326(a) & (b)(1)/(2)]

That on or about December 11, 2022, in the Western District of Texas, Defendant,

SAMUEL HAYWORTH HARTWELL-GONZALEZ,

an alien, attempted to enter, entered, and was found in the United States having previously been

denied admission, excluded, deported and removed from the United States on or about November

21, 1996, and that Defendant had not received the consent of the Attorney General of the United

States and the Secretary of the Department of Homeland Security, to reapply for admission to the

United States, in violation of Title 8, United States Code, Section 1326(a) & (b)(1)/(2).

A TRUE BILL.

███████████████████████

FOREPERSON

JAIME ESPARZA
United States Attorney

By: _____ FOR
    ALEXANDER BROWN
    Assistant United States Attorney